PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:	510/832-5001
Facsimile:	510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
JAMES LLEWELLYN

Sheila E. Fix (State Bar No. 138613)
sfix@wshblaw.com
Wyeth E. Burrows (State Bar No. 203851)
Wburrows@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: 818 551-6000 ♦ Fax: 818 551-6050

Attorneys for Defendant
WESTERN DENTAL SERVICES, INC.
and GERALD R. GRAHAM, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LLEWELLYN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WESTERN DENTAL SERVICES, INC.; and GERALD R. GRAHAM, JR.<br><br>　　　　Defendants. | CASE NO. 3:19-cv-05623-JSC<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: September 6, 2019 |

## STIPULATION

Plaintiff JAMES LLEWELLYN ("Plaintiff") and Defendants WESTERN DENTAL SERVICES, INC.; GERALD R. GRAHAM, SR. (deceased), and GERALD R. GRAHAM, JR., individually and as trustee of the C.E. Reed Intervivos Trust, the Nan Marie Graham Trust, and the Jane Ann Graham Trust (collectively "Defendants") hereby stipulate and request pursuant to

1

FRCP Rule 41(a) that the Court order that all of Plaintiff's claims in this action against Defendants be dismissed with prejudice.

**IT IS SO STIPULATED.**

Date: November 19, 2020                                         REIN & CLEFTON

                                      */s/ Aaron M. Clefton*
                                      By AARON M. CLEFTON, Esq.
                                      Attorney for Plaintiff
                                      JAMES LLEWELLYN

Date: November 30, 2020                                         **WOOD, SMITH, HENNING & BERMAN LLP**

                                      */s/ Sheila E. Fix*
                                      By SHEILA E. FIX, Esq.
                                      Attorney for Defendants
                                      WESTERN DENTAL SERVICES, INC.
                                      and GERALD R. GRAHAM, JR.

### **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1, I hereby attest that on November 30, 2020, I, Aaron M. Clefton, attorney with Rein & Clefton, received the concurrence of Sheila Fix in the filing of this document.

                                      */s/ Aaron M. Clefton*
                                      AARON M. CLEFTON

# **ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
Honorable Jaqueline Scott Corley
United States Magistrate Judge

STIP TO DISMISS
CASE NO. 3:19-cv-05623-JSC