| | |
|---|---|
| 1 | PAUL L. REIN, Esq. (SBN 43053) |
| 2 | AARON M. CLEFTON, Esq. (SBN 318680)<br>REIN & CLEFTON, Attorneys at Law |
| 3 | 200 Lakeside Drive, Suite A<br>Oakland, CA  94612 |
| 4 | Telephone:      510/832-5001<br>Facsimile:        510/832-4787 |
| 5 | info@reincleftonlaw.com |
| 6 | Attorneys for Plaintiff<br>JAMES LLEWELLYN |

Sheila E. Fix (State Bar No. 138613)
sfix@wshblaw.com
Wyeth E. Burrows (State Bar No. 203851)
Wburrows@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: 818 551-6000 ♦ Fax: 818 551-6050

Attorneys for Defendant
WESTERN DENTAL SERVICES, INC.
and GERALD R. GRAHAM, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LLEWELLYN,<br><br>   Plaintiff,<br><br>v.<br><br>WESTERN DENTAL SERVICES, INC.;<br>and GERALD R. GRAHAM, JR.<br><br>   Defendants. | CASE NO. 3:19-cv-05623-JSC<br><u>Civil Rights</u><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: September 6, 2019 |

**STIPULATION**

Plaintiff JAMES LLEWELLYN ("Plaintiff") and Defendants WESTERN DENTAL SERVICES, INC.; GERALD R. GRAHAM, SR. (deceased), and GERALD R. GRAHAM, JR., individually and as trustee of the C.E. Reed Intervivos Trust, the Nan Marie Graham Trust, and the Jane Ann Graham Trust (collectively "Defendants") hereby stipulate and request pursuant to

1

FRCP Rule 41(a) that the Court order that all of Plaintiff's claims in this action against Defendants be dismissed with prejudice.

**IT IS SO STIPULATED.**

Date: November 19, 2020              REIN & CLEFTON

　　　　　　　　　　　　　　　　　　　　  */s/ Aaron M. Clefton*
　　　　　　　　　　　　　　　　　　　　By AARON M. CLEFTON, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　JAMES LLEWELLYN

Date: November 30, 2020              **WOOD, SMITH, HENNING & BERMAN LLP**

　　　　　　　　　　　　　　　　　　　　  */s/ Sheila E. Fix*
　　　　　　　　　　　　　　　　　　　　By SHEILA E. FIX, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　　WESTERN DENTAL SERVICES, INC.
　　　　　　　　　　　　　　　　　　　　and GERALD R. GRAHAM, JR.

### **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1, I hereby attest that on November 30, 2020, I, Aaron M. Clefton, attorney with Rein & Clefton, received the concurrence of Sheila Fix in the filing of this document.

　　　　　　　　　　　　  */s/ Aaron M. Clefton*
　　　　　　　　　　　　  AARON M. CLEFTON

# ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

**IT IS SO ORDERED.**

Dated: Dec. 1, 2020

*Jacqueline Scott Corley*
Honorable Jaqueline Scott Corley
United States Magistrate Judge

3